**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street  -  Suite 304**
**Hackensack, New Jersey    07601**
**(201) 343-4040**
**Attorneys for Debtor**

Order Filed on January 9, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT |
| | | DISTRICT OF NEW JERSEY |
| Joe L. Gregory & April L. Gregory | : | CHAPTER 13 |
| | : | CASE NO. 19-32926 |
| | : | HONORABLE STACEY L. MEISEL |
| Debtor | : | Hearing Date: January 8, 2020 at 10:00 am |

## ORDER EXTENDING

☐    CASE            ✓    AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: January 9, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been presented to the Court by Russell L. Low, Esq. and, for good cause it is

**ORDERED**  that:

the Automatic Stay is extended as to THE MONEY SOURCE INC, AMERICAN

HONDA FINANCE and all Creditors effective the date of this Order.
^properly served