**RUSSELL L. LOW, ESQ. RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street - Suite 304**
**Hackensack, New Jersey   07601**
**(201) 343-4040**
**Attorneys for Debtor**

Order Filed on January 9, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

---

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT |
| | | DISTRICT OF NEW JERSEY |
| Joe L. Gregory & April L. Gregory | : | CHAPTER 13 |
| | : | CASE NO. 19-32926 |
| | : | HONORABLE STACEY L. MEISEL |
| Debtor | : | Hearing Date: January 8, 2020 at 10:00 am |

---

## ORDER EXTENDING

☐   CASE        ✓   AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: January 9, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been presented to the Court by Russell L. Low, Esq. and, for good cause it is

**ORDERED**  that:

the Automatic Stay is extended as to THE MONEY SOURCE INC, AMERICAN

HONDA FINANCE and all Creditors effective the date of this Order.
^properly served

United States Bankruptcy Court
District of New Jersey

In re:  
Joe L. Gregory, Jr.  
April L. Gregory  
    Debtors

Case No. 19-32926-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 09, 2020  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2020.  
db/jdb       +Joe L. Gregory, Jr.,   April L. Gregory,   1107 East Broad Street,   Westfield, NJ 07090-1103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2020 at the address(es) listed below:  
             Denise E. Carlon    on behalf of Creditor    The Money Source Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
             Marie-Ann Greenberg    magecf@magtrustee.com  
             Russell L. Low    on behalf of Debtor Joe L. Gregory, Jr. rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
             Russell L. Low    on behalf of Joint Debtor April L. Gregory rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                        TOTAL: 5