Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−32926−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joe L. Gregory Jr.                                April L. Gregory
1107 East Broad Street                            1107 East Broad Street
Westfield, NJ 07090                               Westfield, NJ 07090

Social Security No.:
   xxx−xx−6332                                    xxx−xx−2982

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/22/20 at 10:00 AM

to consider and act upon the following:

*27* − Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of April L. Gregory, Joe L. Gregory Jr.. Objection deadline is 3/30/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

*28* − Objection to Application for Extension of the Loss Mitigation Period (related document:27 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of April L. Gregory, Joe L. Gregory Jr.. Objection deadline is 3/30/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Joint Debtor April L. Gregory, Debtor Joe L. Gregory) filed by Denise E. Carlon on behalf of The Money Source Inc.. (Attachments: # 1 Exhibit "A" # 2 Certificate of Service) (Carlon, Denise)

Dated: 3/30/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court