Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−32926−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joe L. Gregory Jr.  
1107 East Broad Street  
Westfield, NJ 07090  

April L. Gregory  
1107 East Broad Street  
Westfield, NJ 07090  

Social Security No.:
  xxx−xx−6332                              xxx−xx−2982

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/22/20 at 10:00 AM

to consider and act upon the following:

*27* − Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of April L. Gregory, Joe L. Gregory Jr.. Objection deadline is 3/30/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

*28* − Objection to Application for Extension of the Loss Mitigation Period (related document:27 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of April L. Gregory, Joe L. Gregory Jr.. Objection deadline is 3/30/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Joint Debtor April L. Gregory, Debtor Joe L. Gregory) filed by Denise E. Carlon on behalf of The Money Source Inc.. (Attachments: # 1 Exhibit "A" # 2 Certificate of Service) (Carlon, Denise)

Dated: 3/30/20

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-32926-SLM
Joe L. Gregory, Jr.                                                     Chapter 13
April L. Gregory
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 30, 2020
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2020.
db/jdb         +Joe L. Gregory, Jr.,   April L. Gregory,   1107 East Broad Street,   Westfield, NJ 07090-1103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Money Source Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Joe L. Gregory, Jr. ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Joint Debtor April L. Gregory ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5