| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>The Money Source Inc. | **Order Filed on July 30, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Joe L. Gregory, April L. Gregory<br><br>Debtors. | Case No.: 19-32926 SLM<br>Adv. No.:<br>Hearing Date: 7/22/2020 @ 10:00 a.m.<br><br>Judge: Stacey L. Meisel |

## ORDER TERMINATING LOSS MITIGATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: July 30, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtors:     Joe L. Gregory, April L. Gregory
Case No.:    19-32926 SLM
Caption:     **ORDER TERMINATING LOSS MITIGATION**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, The Money Source Inc., holder of a mortgage on real property located at 1107 East Broad Street, Westfield, NJ 07090, Denise Carlon appearing, by way of objection to application for extension of the loss mitigation period, and this Court having considered the representations of attorneys for Secured Creditor and Russell Low, Esquire, attorney for Debtors, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the loss mitigation is terminated effective September 1, 2020; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to application for extension of the loss mitigation period is hereby resolved.