Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

    Case No.:  19−32926−SLM  
    Chapter:  13  
    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Joe L. Gregory Jr.                                                  April L. Gregory  
   1107 East Broad Street                                  1107 East Broad Street  
   Westfield, NJ 07090                                     Westfield, NJ 07090

Social Security No.:  
   xxx−xx−6332                                                                  xxx−xx−2982

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/14/20 at 10:00 AM

to consider and act upon the following:

*36* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/15/2020. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*40* − Certification in Opposition to (related document:36 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/15/2020. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of April L. Gregory, Joe L. Gregory Jr.. (Low, Russell)

Dated: 9/15/20

                                                                                                 Jeanne Naughton  
                                                                                                 Clerk, U.S. Bankruptcy Court