**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtors

**Order Filed on December 15, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Joe L. Gregory, Jr.** | : | CASE NO. 19-32926 |
| **April L. Gregory** | | |
| Debtor(s) | : | The Honorable Stacey L. Meisel |
| | : | Hearing Date: November 13, 2020 at 10:00 a. m. |

**ORDER GRANTING DEBTOR'S Motion to Expunge Claims/Reduce Claims/Modify Claims/Object To American Honda Finance Corporation's Claim No. 3**

The relief set forth on the following pages two (2) through two (2), is hereby ORDERED.

**DATED: December 15, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

.

Page 2

Debtor:  Joe L. Gregory, Jr. and April L. Gregory

Case No. 19-32926-SLM

Caption: Order Respecting Debtor's Motion to Expunge Claims/Reduce Claims/Modify Claims/Object to American Honda Finance Corporation's Claim No. 3

_____

Upon the Notice of Motion to Object to American Honda Finance Corporation's Claim No. 3 filed by Russell L. Low, Esq., attorney for the debtors, Joe L. Gregory, Jr. and April L. Gregory,

It is hereby **ORDERED** that American Honda Finance Corporation either withdraw claim no. 3 or amend the claim to $0.00 within 30 days from the date of entry of this Order.