Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−32926−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joe L. Gregory Jr.
1107 East Broad Street
Westfield, NJ 07090

April L. Gregory
1107 East Broad Street
Westfield, NJ 07090

Social Security No.:
xxx−xx−6332

xxx−xx−2982

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/12/22 at 10:00 AM

to consider and act upon the following:

*78* − Objection to Motion to Approve Loan Modification (related document:77 Motion to Approve Loan Modification with The Money Source, Inc. Filed by Gavin Stewart on behalf of The Money Source Inc.. Objection deadline is 09/23/2022. (Attachments: # 1 Certification # 2 Exhibit Loan Modifictaion # 3 Certificate of Service) (Stewart, Gavin). NO PROPOSED ORDER ATTACHED. Modified on 9/12/2022 (ntp). filed by Creditor The Money Source Inc.) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service) (Greenberg, Marie−Ann)

Dated: 9/12/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court