UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for The Money Source Inc.*

Order Filed on February 14, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In re:

Joe L. Gregory, Jr.
April L. Gregory

                                Debtors.

Chapter 13

Case No. 19-32926-SLM

Hearing Date: February 8, 2023

Judge Stacey L. Meisel

## CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 14, 2023**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtors:               Joe L. Gregory, Jr. and April L. Gregory
Case No.:              19-32926-SLM
Caption of Order:      **CONSENT ORDER RESOLVING MOTION TO VACATE
AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic

Stay ("Motion") filed by The Money Source Inc. ("Creditor"), whereas the post-petition arrearage

was $22,095.95 as of February 6, 2023, and whereas the Debtors and Creditor seek to resolve the

Motion, it is **ORDERED**:

1.      The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to

Creditor's interest in the following property: **1107 East Broad St., Westfield, New Jersey 07090**

("Property") provided that the Debtor complies with the following:

a.      On or before February 17, 2023, the Debtors shall file a modified plan providing

for the curing and payment in full of the post-petition arrearage above, namely **$22,095.95**, and all

other amounts due on the underlying loan; and

b.      In addition to the above, the Debtors shall resume making the regular monthly

payments to Creditor as they become due beginning with the March 1, 2023 payment.

2.      All direct payments due hereunder shall be sent directly to Creditor at the following

address: **The Money Source, Inc., Attn: Bankruptcy Cashiering, 31338 E. Elwood Street,**

**Phoenix, AZ 85034**.

3.      The Debtors will be in default under the Consent Order in the event that the Debtors

fail to comply with the payment terms and conditions set forth in above paragraphs and/or if the

Debtors fail to make any payment due to Creditor under the Chapter 13 Plan.

4.      If the Debtors fail to cure the default within thirty (30) days from the date of default,

Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel

for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11

U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with

respect to the Property.

5.      Creditor is awarded reimbursement of attorney fees and costs in the amount of

$350.00 and $188.00 to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:


/s/ Russell L. Low                                  */s/Gavin N. Stewart*
Russell L. Low, Esq.                               Gavin N. Stewart, Esq.
Low & Low                                          Stewart Legal Group, P.L.
505 Main Street, Suite 304                         401 East Jackson Street, Suite 2340
Hackensack, NJ 07601                               Tampa, FL 33602
*Counsel to Debtor*                                *Counsel to Creditor*