Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−32926−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joe L. Gregory Jr.
1107 East Broad Street
Westfield, NJ 07090

April L. Gregory
1107 East Broad Street
Westfield, NJ 07090

Social Security No.:
xxx−xx−6332

xxx−xx−2982

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 24, 2023.

Dated: March 24, 2023
JAN: ldd

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re: | Case No. 19-32926-SLM
Joe L. Gregory, Jr. | Chapter 13
April L. Gregory
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 2
Date Rcvd: Mar 24, 2023 | Form ID: plncf13 | Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joe L. Gregory, Jr., April L. Gregory, 1107 East Broad Street, Westfield, NJ 07090-1103 |
| 518610350 | + | ALLIED COLLECTION SVCS, 9301 OAKDALE AVE STE 205, CHATSWORTH, CA 91311-6547 |
| 518610351 | | American Honda Finance, PO Box 16378, Irving, TX 75016 |
| 518610352 | | Ellen Ferreira, 911-3 Clubouse Court, Union, NJ 07083 |
| 518610356 | + | State of New Jersey, Dept of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 518610357 | #+ | Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 24 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 24 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2023 20:59:56 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518615602 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 24 2023 20:52:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518709118 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 24 2023 21:00:13 | Capital One, N.A., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518622545 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 24 2023 20:51:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518610355 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 24 2023 20:51:00 | MARINER FINANCE, 8211 TOWN CENTER DR, NOTTINGHAM, MD 21236-5904 |
| 518611432 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2023 20:59:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518610358 | + | Email/Text: bncmail@w-legal.com | Mar 24 2023 20:51:00 | TD BANK USA/TARGETCRED, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 518610359 | + | Email/Text: BK@servicingdivision.com | Mar 24 2023 20:51:00 | THE MONEY SOURCE INC, 500 S BROAD ST, MERIDEN, CT 06450-6755 |
| 518718241 | + | Email/Text: BK@servicingdivision.com | Mar 24 2023 20:51:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

| 518610360 | | Email/Text: edbknotices@ecmc.org | Mar 24 2023 20:51:00 | U S DEPT OF ED/GSL/ATL, PO BOX 4222, IOWA CITY, IA 52244 |
|---|---|---|---|---|
| 518610362 | + | Email/Text: EDBKNotices@ecmc.org | Mar 24 2023 20:49:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 518610363 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 24 2023 20:49:00 | VERIZON WIRELESS, PO BOX 650051, DALLAS, TX 75265-0051 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518610353 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 518610354 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 518610361 | * | U S DEPT OF ED/GSL/ATL, PO BOX 4222, IOWA CITY, IA 52244 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Joe L. Gregory Jr. ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Joint Debtor April L. Gregory ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6