Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−32926−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joe L. Gregory Jr. | April L. Gregory |
| 1107 East Broad Street | 1107 East Broad Street |
| Westfield, NJ 07090 | Westfield, NJ 07090 |

Social Security No.:
  xxx−xx−6332                                                         xxx−xx−2982

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 5/24/23 at 10:00 AM

to consider and act upon the following:

*108* − Certification in Opposition to (related document:104 Certification of Default of Standing Trustee. re: Debtors failure to provide tax returns and/or pay stubs Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/24/2023. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of April L. Gregory, Joe L. Gregory Jr.. (Low, Russell)

Dated: 4/24/23

                                                                          Jeanne Naughton
                                                                          Clerk, U.S. Bankruptcy Court