| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Allied First Bank, SB dba Servbank* |

| | |
|---|---|
| In re:<br><br>Joe L. Gregory, Jr.<br>April L. Gregory<br><br><br>                                              Debtors. | Chapter 13<br><br>Case No. 19-32926-SLM<br><br>Judge Stacey L. Meisel |

## **AMENDED CERTIFICATION OF SERVICE**

1. I, <u>Jennifer Baker</u>:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the legal assistant for <u>Stewart Legal Group, P.L.</u> who represents the <u>Creditor</u>.

    ☐ am the _____ in the above case and am representing myself.

2. On <u>June 13, 2023</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Creditor's Certification of Default

    - Certification Regarding Post-Petition Payment History

    - Consent Order

    - Proposed Order Vacating Stay

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| June 13, 2023 | /s/*Jennifer Baker* |
|---|---|
| Date | Signature |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court) |
| Joe L. Gregory, Jr.<br>April L. Gregory<br>1107 East Broad Street<br>Westfield, NJ 07090 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court) |
| Russell L. Low<br>Low & Low<br>505 Main St.<br>Suite 304<br>Hackensack, NJ 07601 | Debtors' Attorney | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court) |