Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−32926−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joe L. Gregory Jr.
1107 East Broad Street
Westfield, NJ 07090

April L. Gregory
1107 East Broad Street
Westfield, NJ 07090

Social Security No.:
xxx−xx−6332

xxx−xx−2982

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on June 14, 2023.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 14, 2023
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Joe L. Gregory, Jr.  
April L. Gregory  
    Debtors

Case No. 19-32926-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 14, 2023      Form ID: 148      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joe L. Gregory, Jr., April L. Gregory, 1107 East Broad Street, Westfield, NJ 07090-1103 |
| cr | + | Allied First Bank, SB dba Servbank, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518610350 | + | ALLIED COLLECTION SVCS, 9301 OAKDALE AVE STE 205, CHATSWORTH, CA 91311-6547 |
| 518610351 | | American Honda Finance, PO Box 16378, Irving, TX 75016 |
| 518610352 | | Ellen Ferreira, 911-3 Clubouse Court, Union, NJ 07083 |
| 518610356 | + | State of New Jersey, Dept of Labor, PO Box 951, Trenton, NJ 08625-0951 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 14 2023 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 14 2023 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Jun 15 2023 00:55:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518615602 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 14 2023 21:03:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519890922 | + | Email/Text: BK@servicingdivision.com | Jun 14 2023 21:03:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, AZ. 85034-7210 |
| 519890921 | + | Email/Text: BK@servicingdivision.com | Jun 14 2023 21:03:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 518709118 | + | EDI: AIS.COM | Jun 15 2023 00:56:00 | Capital One, N.A., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518622545 | | EDI: IRS.COM | Jun 15 2023 00:56:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518610355 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 14 2023 21:03:00 | MARINER FINANCE, 8211 TOWN CENTER DR, NOTTINGHAM, MD 21236-5904 |
| 518611432 | + | EDI: RMSC.COM | Jun 15 2023 00:55:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518610358 | + | EDI: WTRRNBANK.COM | Jun 15 2023 00:56:00 | TD BANK USA/TARGETCRED, PO BOX 673, |

Case 19-32926-SLM    Doc 116    Filed 06/16/23    Entered 06/17/23 00:17:38    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 14, 2023 | Form ID: 148 | Total Noticed: 22 |

| 518610359 | + Email/Text: BK@servicingdivision.com | | MINNEAPOLIS, MN 55440-0673 |
|---|---|---|---|
| | | Jun 14 2023 21:03:00 | THE MONEY SOURCE INC, 500 S BROAD ST, MERIDEN, CT 06450-6755 |
| 518718241 | + Email/Text: BK@servicingdivision.com | Jun 14 2023 21:03:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 518610360 | Email/Text: edbknotices@ecmc.org | Jun 14 2023 21:03:00 | U S DEPT OF ED/GSL/ATL, PO BOX 4222, IOWA CITY, IA 52244 |
| 518610362 | + Email/Text: EDBKNotices@ecmc.org | Jun 14 2023 21:02:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 518610363 | + EDI: VERIZONCOMB.COM | Jun 15 2023 00:56:00 | VERIZON WIRELESS, PO BOX 650051, DALLAS, TX 75265-0051 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518610353 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 518610354 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 518610361 | * | U S DEPT OF ED/GSL/ATL, PO BOX 4222, IOWA CITY, IA 52244 |
| 518610357 | ##+ | Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor Allied First Bank  SB dba Servbank bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Joe L. Gregory  Jr. ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 14, 2023 | Form ID: 148 | Total Noticed: 22 |

on behalf of Joint Debtor April L. Gregory ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7